UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT TO SEARCH THE PRMISES LOCATED AT 313 EAST MAIN STREET, EAST PRAIRIE, MISSOURI. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:21MJ1217JMB |

### GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s), along with the application, affidavit, return and other related documents filed in this matter.

Respectfully submitted,

Sayler A. Fleming
United States Attorney


/s/ Keith D. Sorrell
Keith D. Sorrell, #38283MO
Assistant United States Attorney

Signed this 10th day of June, 2021